B. E. GORE and MARY E. GORE, his wife, *Appellants*, vs. TONY TAGARELLI and DAN TAGARELLI, and TAGARELLI BROTHERS, a Co-Partnership consisting of TONY TAGARELLI and DAN TAGARELLI, *Appellees*.

144 So. 662.

Decision filed November 22, 1932.

*C. N. Smith*, Attorney for Appellants;

*Edward Miraglia*, Attorney for Appellees.

DAVIS, Commissioner.—This cause having heretofore been submitted to the court upon the transcript of the record of the judgment herein and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the court being now advised of its judgment to be given in the premises, it seems to the court that there is no error in the said judgment. It is therefore considered, ordered and adjudged by the court that the said judgment of the circuit court be, and the same is hereby affirmed.

BUFORD, C.J. AND WHITFIELD, TERRELL AND DAVIS, J.J., concur.

ELLIS AND BROWN, J.J., dissent.

ELLIS, J., dissenting.—Mere knowledge by the wife is not such contractual knowledge as the statute contemplates. To support the lien there must exist some elements of a contract just as in case of a married woman's property.